UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,

vs.

HINSUL LAZO
and MUSEO DEL DISCO, INC.,
    Defendants.

Case No.: 22-cv-24082-DPG

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, EMILIO PINERO, and Defendants, HINSUL LAZO and MUSEO DEL DISCO, INC., by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Anthony Joseph Perez
Anthony J. Perez (FBN: 535451)
   *Attorney for Defendants*
GARICA-MENOCAL & PEREZ, P.L.
1937 SW 74TH CT
Miami, Florida 33138
(305) – 553 – 3464
ajperez@lawgmp.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com