UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
      Plaintiff,

vs.

HINSUL LAZO
and MUSEO DEL DISCO, INC.,
      Defendants.

Case No.: 22-cv-24082-DPG

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, EMILIO PINERO, and Defendants, HINSUL LAZO and MUSEO DEL

DISCO, INC., by and through their respective counsel, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against

Defendants, HINSUL LAZO and MUSEO DEL DISCO, INC., with each party to bear their

own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

s/ Anthony Joseph Perez
Anthony J. Perez (FBN: 535451)
   *Attorney for Defendants*
GARICA-MENOCAL & PEREZ, P.L.
1937 SW 74TH CT
Miami, Florida 33138
(305) – 553 – 3464
ajperez@lawgmp.com